Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

BELINDA JOHNSON

   v.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-cv-197

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; the United States' motion for summary judgment, is GRANTED

Date: February 6, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Donna
    Deputy Clerk